ACCEPTED
15-25-00107-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/21/2025 8:56 AM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00107-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/21/2025 8:56:19 AM
CHRISTOPHER A. PRINE
Clerk

In the Fifteenth District Court of Appeals, Austin, Texas

TEXAS DEPARTMENT OF INSURANCE AND CASSIE BROWN, IN HER CAPACITY
AS COMMISSIONER OF THE TEXAS DEPARTMENT OF INSURANCE,
*Appellants,*

V.

TEXAS LAND TITLE ASSOCIATION,
*Appellee.*

On Appeal from the 345th District Court of Travis County, Texas
The Honorable Daniella DeSeta Lyttle, Presiding

## AGREED MOTION TO EXTEND TIME TO FILE APPELLANTS' BRIEF

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney
General

AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation

ERNEST C. GARCIA
Chief, Administrative Law
Division

ROSALIND L. HUNT
State Bar No. 24067108
Assistant Attorney Generals
Administrative Law Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4166
Facsimile: (512) 320-0167
Rosalind.Hunt@oag.texas.gov

ATTORNEYS FOR APPELLANTS
TEXAS DEPARTMENT OF INSURANCE AND
COMMISSIONER CASSIE BROWN

**AGREED MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF**

Appellants, the Texas Department of Insurance and Commissioner Cassie Brown, file this agreed motion to extend time to file Appellants' brief pursuant to Rule 10.5(b) and Rule 38.6(d) of the Texas Rules of Appellate Procedure.

**A.** **Current Deadline:** Appellants' brief is due in the Fifteenth Court of Appeals on July 22, 2025.

**B.** **Length of Extension Sought:** Appellants seek a 30-day extension, thereby extending the deadline to file Appellants' brief to August 21, 2025.

**C.** **Facts Explaining the Need for an Extension:** Appellee Texas Land and Title Association asked the Appellants to request a 30-day extension to facilitate further settlement negotiations between the parties. Appellants agree that a 30-day extension will aid in the settlement of the underlying dispute. This extension is not sought to delay the proceeding, but to resolve the dispute without further litigation.

**D.** **Number of Previous Extensions Granted:** None.

### PRAYER

Appellant respectfully asks the Court to grant this Motion to Extend Time to File Appellants' brief to August 21, 2025.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

*/s/Rosalind L. Hunt*
ROSALIND L. HUNT
State Bar No. 24067108
Assistant Attorney Generals
Administrative Law Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4166
Facsimile: (512) 320-0167
Rosalind.Hunt@oag.texas.gov

ATTORNEYS FOR APPELLANTS
TEXAS DEPARTMENT OF INSURANCE AND
COMMISSIONER CASSIE BROWN

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 18, 2025, the undersigned counsel for Appellants conferred with counsel for Appellee and Appellee is not opposed to the filing of this motion.

/s/ Rosalind L. Hunt_____
ROSALIND L. HUNT
ATTORNEY FOR APPELLANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served the attorneys of record via e-service and/or electronic transmission on July 21, 2025.

/s/ Rosalind L. Hunt_____
ROSALIND L. HUNT
ATTORNEY FOR APPELLANTS

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jennifer Foster on behalf of Rosalind Hunt
Bar No. 24067108
jennifer.foster@oag.texas.gov
Envelope ID: 103358952
Filing Code Description: Motion
Filing Description: TLTAs Motion for Extension of Time
Status as of 7/21/2025 9:07 AM CST

Associated Case Party: Texas Land Title Association

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kim McBride | | kmcbride@mcginnislaw.com | 7/21/2025 8:56:19 AM | SENT |
| Ray Chester | | rchester@mcginnislaw.com | 7/21/2025 8:56:19 AM | SENT |
| Drew Edge | | aedge@mcginnislaw.com | 7/21/2025 8:56:19 AM | SENT |

Associated Case Party: Texas Department of Insurance

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Rosalind Hunt | | rosalind.hunt@oag.texas.gov | 7/21/2025 8:56:19 AM | SENT |
| Jennifer Foster | | Jennifer.Foster@oag.texas.gov | 7/21/2025 8:56:19 AM | SENT |
| Meridith Fischer | | Meridith.Fischer@oag.texas.gov | 7/21/2025 8:56:19 AM | SENT |
| John Grey | | John.Grey@oag.texas.gov | 7/21/2025 8:56:19 AM | SENT |
| James Brazell | | James.Brazell@oag.texas.gov | 7/21/2025 8:56:19 AM | SENT |